**ATTORNEY GRIEVANCE COMMISSION** *    **IN THE**
**OF MARYLAND**

                               *    **COURT OF APPEALS**

**v.**                            *    **OF MARYLAND**

                               *    **Misc. Docket AG No. 4,**
                                   **September Term, 2020**
                               *

**WILLIAM FRANKLIN BURTON**       **(No. 481109-V, Circuit Court**
                             *    **for Montgomery County)**

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, William Franklin Burton, it is this 13th day of October, 2020

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, William Franklin Burton, be disbarred from the practice of law in the State of Maryland, effective immediately, for engaging in professional misconduct that violated Rules 1.1, 1.3, 1.4(a)(2)-(3) and (b), 1.5(a), 1.16(d), 3.4(d), 8.1(b), and 8.4(a), (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of William Franklin Burton from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



                                       /s/ Robert N. McDonald
                                          Senior Judge

Suzanne C. Johnson, Clerk